No. 91–7176. WIGGINS *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 91–7187. DORESTE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7272. BOWERS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7277. DEGIOVANNI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7427. HENDERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7450. RUBIANO-MARTINEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–7460. COVINO *v.* CASHMAN. C. A. 2d Cir. Certiorari denied.

No. 91–7461. CROSBY *v.* WALDNER. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 91–7468. ASHBA *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 91–7471. CROSLAND *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–7482. GOLDEN *v.* MORRIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–7485. GARRISON *v.* TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 91–7487. ELGIN *v.* BUNNELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–7506. DUKE *v.* STAGGERS, SUPERINTENDENT, ZEPHYRHILLS CORRECTIONAL INSTITUTION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–7508. SMITH *v.* ESTLACK ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–7520. FITE *v.* CANTRELL ET AL. Ct. App. Ky. Certiorari denied.